IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03084-RM-KLM

TIM GONZALES,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS, and
UNKNOWN LICENSED MEDICAL DOCTOR, of Physician Health Partners,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Physician Health Partners' **Motion for Protective Order** [#33] (the "Motion"). On May 15, 2015, Plaintiff, who proceeds in this matter as a pro se litigant, served his First Interrogatories Pursuant to Fed. R. Civ. P. Rule 33 and his Request for Production of Documents Pursuant to Fed. R. Civ. P. Rule 34. [#33-1, #33-2]. Plaintiff's Amended Complaint was filed on June 10, 2015. Defendant Physician Health Partners has not yet filed an answer or other response to the Amended Complaint but states that it intends to file a motion to dismiss. A scheduling conference has not yet been held in this matter. Plaintiff's written discovery requests are therefore premature. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. Defendant Physician Health Partners need not respond at this time to Plaintiff's First Interrogatories Pursuant to Fed. R. Civ. P. Rule 33 or to Plaintiff's Request for Production of Documents Pursuant to Fed. R. Civ. P. Rule 34. Pursuant to Fed. R. Civ. P. 26(d)(1), no further discovery is permitted in this matter until otherwise permitted by the Court.

    Dated: June 12, 2015