IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03084-RM-KLM

TIM GONZALES,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS,
UNKNOWN LICENSED MEDICAL DOCTOR, of Physician Health Partners,
ANTHONY A. DECESARO, and
RENAE JORDAN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File an Amended Complaint** [#49] (the "Motion"). Plaintiff provides four pages of additional information with which he seeks to amend his current complaint. He does not provide a document which can be construed as a complete proposed amended complaint.

    IT IS HEREBY **ORDERED** that the Motion [#49] is **DENIED without prejudice**. If Plaintiff, who proceeds in this matter pro se, is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, and which includes the proposed Amended Complaint as a document separate from the Motion. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and all defendants he intends to name in the proposed Amended Complaint. Furthermore, Plaintiff must use the form complaint prescribed by this Court. D.C.COLO.LCivR 5.1(c).

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to mail a copy of the pro se prisoner forms to Plaintiff at the address listed on the docket.

    Dated: September 29, 2015